RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Derek Craig-Beeny

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEREK CRAIG-BEENY,<br>Defendant. | Case No. 2:17-mj-1207-NJK<br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Derek Craig-Beeny, that the Preliminary Hearing currently scheduled on December 3, 2018, at 4:00 p.m. be vacated and continued to a date and time convenient to the Court, but no sooner than twenty (20) days.

This Stipulation is entered into for the following reasons:

1. The Government has provided a plea agreement to the defendant; additional time is needed to finalize the entry of the plea.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to receive and review the discovery prior to a preliminary hearing.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the eighth request for a continuance of the preliminary hearing.

DATED this 26th day of November, 2018.

RENE L. VALLADARES
Federal Public Defender

*/s/ Rebecca A. Levy*
By______________________________
REBECCA A. LEVY
Assistant Federal Public Defender

DAYLE ELIESON
United States Attorney

*/s/ Christopher Burton*
By______________________________
CHRISTOPHER BURTON
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEREK CRAIG-BEENY,<br>Defendant. | Case No. 2:17-mj-1207-NJK<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, December 3, 2018 at 4:00 p.m., be vacated and continued to December 27, 2018, at 4:00 p.m., in Courtroom 3D.

DATED this 27th of November, 2018.

UNITED STATES MAGISTRATE JUDGE